UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 10-17574 GMB

Debtor: Pedro J. Martinez

| Check Number | Creditor | Amount |
|---|---|---|
| 1854934 | Lender Business Process Services, Inc. | 1868.00 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   August 11, 2014